NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TREADWELL CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, HAMILTON SUNDSTRAND CORPORATION,**
*Defendants-Appellees*

---

2017-2547

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00287-LKG, Judge Lydia Kay Griggsby.

---

**JUDGMENT**

---

ANTHONY MARCHESE, The O'Riordan Bethel Law Firm, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by CAROL L. O'RIORDAN.

SEAN SIEKKINEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE; JONANTHAN DAVID

PAVLOVCAK, GARY MICHAEL SALADINO, Office of Counsel, Naval Surface Warfare Center, United States Department of the Navy, Philadelphia, PA.

JOHN CHIERICHELLA, Sheppard Mullin Richter & Hampton LLP, Washington, DC, argued for defendant-appellee Hamilton Sunstrand Corporation. Also represented by ADAM BARTOLANZO, KEITH SZELIGA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 13, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court